UNITED STATES DISTRICT COURT
DISTRICT OF EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civ. No. 5:24-CV-00604-BO-RJ

TARA ROSSETTI, )
)
        Plaintiff, )
)
v. )
)
FRANK BISIGNANO,[1] )
Commissioner of )
Social Security, )
)
        Defendant. )

**ORDER**

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing Defendant's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of Defendant's motion, with Plaintiff's consent, to remand this case for further administrative proceedings, the Court hereby remands this case to Defendant, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991); *Shalala v. Schaefer*, 509 U.S. 292 (1993).

SO ORDERED this 22 day of July 2025,

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE

---

[1] Frank Bisignano became the Commissioner of Social Security on May 6, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano should be substituted as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).