UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| TARA ROSSETTI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| FRANK J. BISIGNANO, | ) | 5:24-CV-604-BO-RJ |
| *Commissioner of Social Security,* | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Decision by Court.**
This cause comes before the Court on the parties' cross-motions for summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** the Court hereby remands this case to Defendant, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**This judgment filed and entered on July 23, 2025, and served on:**
Derrick Arrowood (via CM/ECF Notice of Electronic Filing)
Wanda Mason (via CM/ECF Notice of Electronic Filing)
Samantha Zeiler (via CM/ECF Notice of Electronic Filing)
Natasha McKay (via CM/ECF Notice of Electronic Filing)

**PETER A. MOORE, JR., CLERK**

July 23, 2025
/s/Lindsay Stouch
By: Deputy Clerk